UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LOCAL 791, UNITED FOOD AND             \*
COMMERCIAL WORKERS UNION,              \*
AFL-CIO,                               \*
                                       \*
         Plaintiff,                    \*    Civil Action No. 05-10841-RCL
                                       \*
v.                                     \*
                                       \*
SHAW'S SUPERMARKETS, INC.,             \*
                                       \*
         Defendant.                    \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION OF DEFENDANT REQUIRED BY LOCAL RULE 16.1(D)(3)

In accordance with Local Rule 16.1(D)(3) of the Local Rules of the U.S. District Court, and this Court's Notice of Scheduling Conference and Additional Matters, counsel for Defendant Shaw's Supermarkets, Inc. ("Shaw's") and Shaw's hereby certify:

Shaw's and its counsel have conferred: a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of this litigation; and b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____  
Daniel J. Mahoney, Esq.  
Director, Labor Relations  
Shaw's Supermarkets, Inc.  
Store Support Center  
P.O. Box 600  
East Bridgewater, MA 02333  
(508) 269-3936  

Date:   September 7, 2005

_____  
Robert P. Joy, Esq.  
B.B.O. #254820  
Robert P. Morris, Esq.  
B.B.O. #546052  
MORGAN, BROWN & JOY, LLP  
200 State Street, 11th Floor  
(617) 523-6666  

Date:   September 14, 2005

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on September 14, 2005, I caused to be served a copy of the within pleading by first class mail on counsel for the Plaintiff, Terence E. Coles, Esq., Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108.

_____  
Robert P. Morris

2