UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LOCAL 791, UNITED FOOD AND            *
COMMERCIAL WORKERS UNION,             *
AFL-CIO,                              *
                                      *
      Plaintiff,                      *   Civil Action No. 05-10841-RCL
                                      *
v.                                    *
                                      *
SHAW'S SUPERMARKETS, INC.,            *
                                      *
      Defendant.                      *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**<u>SHAW'S SUPERMARKETS, INC.</u>**

Pursuant to Local Rule 7.3, Defendant Shaw's Supermarkets, Inc. ("Shaw's") hereby states as follows:

Shaw's Supermarkets, Inc., a Massachusetts corporation, is a wholly owned subsidiary of SSM Holdings Company, a Delaware corporation; which in turn is a wholly owned subsidiary of Albertson's, Inc., a Delaware corporation, whose stock is publicly traded.

2

Respectfully submitted,

SHAW'S SUPERMARKETS, INC.,

By its Attorneys,

MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666


By:     s/Robert P. Morris
        Robert P. Joy
        B.B.O. #254820
        Robert P. Morris
        B.B.O. #546052

Dated:  September 15, 2005