UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            :
LOCAL 791, UNITED FOOD AND                  :
COMMERCIAL WORKERS UNION, AFL-CIO,          :
    Plaintiff,                              :
                                            :
v.                                          :   Civil Action No. 05-10841-RCL
                                            :
SHAW'S SUPERMARKETS, INC.,                  :
    Defendant.                              :
_____ :

**CERTIFICATION OF PLAINTIFF REQUIRED BY LOCAL RULE 16.1(D)(3)**

In accordance with Local Rule 16.1 (D)(3) of the Local Rules of the U.S. District Court, and this Court's Notice of Scheduling Conference and Additional Matters, counsel for Plaintiff Local 791, United Food and Commercial Workers Union, AFL-CIO ("the Union") and Local 791, United Food and Commercial Workers Union, AFL-CIO, certify:

United Food and Commercial Workers Union, AFL-CIO and its counsel have conferred:

a) with a view to establishing a budget for costs of conducting the full course and various alternative courses of this litigation; and

b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

| _s/Russell Regan_____ | _s/Terence E. Coles_____ |
|---|---|
| Russell Regan, | Terence E. Coles, BBO # 600084 |
| President | Pyle, Rome, Lichten, Ehrenberg |
| Local 791, United Food and Commercial | & Liss-Riordan, P.C. |
| Workers Union, AFL-CIO | 18 Tremont Street, Suite 500 |
| 55 Norfolk Avenue | Boston, MA 02108 |
| South Easton, MA 02375 | (617) 367-7200 |
| Tel: (774) 568-0112 | |

Dated: September 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record, by first class mail, pre-paid postage, on September 15, 2005.

                                          _s/Terence E. Coles_
                                          Terence E. Coles