UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

LOCAL 791, UNITED FOOD AND
COMMERCIAL WORKERS UNION, AFL-CIO,
    Plaintiff,

v.                                                                                   Civil Action No. 05-10841-RCL

SHAW'S SUPERMARKETS, INC.,
    Defendant.
_____

### NOTICE OF APPEARANCE

Please enter the appearance of Leah M. Barrault as attorney for Plaintiff, Local 791, United Food and Commercial Workers Union, AFL-CIO, in the above captioned matter. Attorney Terence E. Coles will also remain as counsel for the Union.

    Respectfully submitted,

    LOCAL 791, UNITED FOOD AND
    COMMERCIAL WORKERS UNION,
    AFL-CIO
    By its attorneys,

      s/Leah M. Barrault
    Terence E. Coles, BBO #600084
    Leah M. Barrault, BBO #661626
    PYLE, ROME, LICHTEN, EHRENBERG
      &amp; LISS-RIORDAN, P.C.
    18 Tremont Street, Suite 500
    Boston, MA  02108
    (617) 367-7200

DATE:  September 22, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record on September 22, 2005, by first-class mail, postage prepaid.

                         _s/Leah M. Barrault_
                         Leah M. Barrault