UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
LOCAL 791, UNITED FOOD AND           *
COMMERCIAL WORKERS UNION,            *
AFL-CIO,                             *
                                     *
            Plaintiff,               *    Civil Action No. 05-10841-RCL
                                     *
v.                                   *
                                     *
SHAW'S SUPERMARKETS, INC.,           *
                                     *
            Defendant.               *
*********************************
```

**DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Fed. R. Civ. P. 12(c) and 12(b)(1), Defendant Shaw's Supermarkets, Inc. ("Shaw's") moves for judgment on the pleadings based on the Complaint and Answer filed in this action. The grounds for this motion, as set forth in the memorandum of law submitted herewith, are that the collective bargaining agreement ("CBA") pursuant to which Plaintiff purports to bring suit under Section 301 of the Labor Management Relations Act, 29 U.S.C. Section 185, precludes Plaintiff from seeking relief beyond the grievance procedure in the CBA, and thereby bars Plaintiff's suit. Moreover, this Court lacks jurisdiction over Plaintiff's action.

**CERTIFICATION PURSUANT TO RULE 7.1(A)(2)**

Pursuant to Local 7.1(A)(2), the undersigned counsel for Shaw's certifies that he has conferred with Plaintiff's counsel in a good faith attempt to resolve or narrow the issues raised by its Motion to Dismiss.

Robert P. Morris
/s/Robert P. Morris

        Respectfully submitted,

        SHAW'S SUPERMARKETS, INC.,

        By its Attorneys,

        MORGAN, BROWN & JOY, LLP
        200 State Street, 11th Floor
        Boston, MA 02109-2605
        (617) 523-6666

        By: /s/Robert P. Morris
            Robert P. Joy
            B.B.O. #254820
            Robert P. Morris
            B.B.O. #546052

Dated: January 20, 2006

## CERTIFICATE OF SERVICE

      I, Robert P. Morris, hereby certify that on January 20, 2006, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

        /s/Robert P. Morris
        Robert P. Morris