UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOCAL 791, UNITED FOOD AND COMMERCIAL WORKERS UNION, AFL-CIO, <br> Plaintiff, <br><br> v. <br><br> SHAW'S SUPERMARKETS, INC., <br> Defendant. | Civil Action No. 05-10841-RCL |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME WITHIN WHICH TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Local Rule 7.l(B), Plaintiff in the above action hereby requests that this Honorable Court extend the time within which Plaintiff may file an opposition to Defendant's motion for judgment on the pleadings to and including February 21, 2006. As reasons for the request, the Plaintiff states the following:

1. The Defendant's motion was filed with the Court on January 20, 2006.

2. Plaintiff's opposition is due to be filed by February 3, 2006.

3. Due to Plaintiff counsel's hectic schedule of meetings, depositions, and hearings in other cases, Plaintiff requests an additional 18 days in which to file its opposition.

4. Defendant's counsel has assented to this motion.

5. Plaintiff submits that the additional 18 days will not prejudice the Defendant.

WHEREFORE, Plaintiff requests that this Court grant it leave to so file the opposition to Defendant's motion for judgment on the pleadings to and including February 21, 2006.

Respectfully submitted,

LOCAL 791, UNITED FOOD AND
COMMERCIAL WORKERS UNION,
AFL-CIO,
Plaintiff,
By its attorneys,


s/Terence E. Coles
Terence E. Coles, BBO #600084
Leah M. Barrault, BBO #661626
PYLE, ROME, LICHTEN, EHRENBERG
    & LISS-RIORDAN, P.C.
18 Tremont Street, Suite 500
Boston, MA  02108
(617) 367-7200

**ASSENTED –TO:**

SHAW'S SUPERMARKETS, INC.,
Defendant,
By its attorneys,


s/Robert Morris
Robert P. Joy, BBO # 254820
Robert Morris, BBO #546052
MORGAN BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109
(617) 523-6666

DATE:  February 2, 2006


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all attorneys of record on February 2, 2006, by first-class mail, postage prepaid.

s/Terence E. Coles
Terence E. Coles

2