UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************************************
LOCAL 791, UNITED FOOD AND                 *
COMMERCIAL WORKERS UNION,                  *
AFL-CIO,                                   *
                                           *
                Plaintiff,                 *      Civil Action No. 05-10841-RCL
                                           *
v.                                         *
                                           *
SHAW'S SUPERMARKETS, INC.,                 *
                                           *
                Defendant.                 *
*******************************************
```

### DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO SUBMIT REPLY MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Local Rule 7.1(B)(3), Defendant seeks leave to submit a reply memorandum in support of its Motion for Judgment on the Pleadings. Counsel for Plaintiff has been informed of this motion and has assented thereto. The grounds for this motion are that the pleadings submitted by Plaintiff in opposition to Defendant's Motion contain erroneous and insubstantial arguments, to which Defendant seeks to respond.

The reply memorandum is submitted herewith.

### CERTIFICATION PURSUANT TO RULE 7.1(A)(2)

Pursuant to Local 7.1(A)(2), the undersigned counsel for Defendant certifies that he has conferred with Plaintiff's counsel in a good faith attempt to resolve or narrow the issues raised by the instant motion.

/s/Robert P. Morris
Robert P. Morris

Assented to by:

LOCAL 791, UNITED FOOD AND COMMERCIAL
WORKERS UNION, AFL-CIO

By its Attorneys,

PYLE, ROME, LICHTEN, EHRENBERG &
LISS-RIORDAN, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

By: /s/Terence E. Coles
        Terence E. Coles
        B.B.O. #600084

Dated: March 7, 2006

                                        Respectfully submitted,

                                        SHAW'S SUPERMARKETS, INC.,

                                        By its Attorneys,

                                        MORGAN, BROWN & JOY, LLP
                                        200 State Street, 11th Floor
                                        Boston, MA 02109-2605
                                        (617) 523-6666

                                        By: /s/Robert P. Morris
                                              Robert P. Joy
                                              B.B.O. #254820
                                              Robert P. Morris
                                              B.B.O. #546052

Dated: March 7, 2006

## CERTIFICATE OF SERVICE

I, Robert P. Morris, hereby certify that on March 7, 2006, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

                                        /s/Robert P. Morris
                                        Robert P. Morris