UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____ :
                                          :
LOCAL 791, UNITED FOOD AND                :
COMMERCIAL WORKERS UNION,                 :
        Plaintiff,                        :
                                          :
v.                                        :    Civil Action No. 05-10841-RCL
                                          :
SHAW'S SUPERMARKETS, INC.,                :
        Defendant.                        :
_____ :

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO SUBMIT SURREPLY
MEMORANDUM IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S MOTION
FOR JUDGMENT ON THE PLEADINGS AND OPPOSITION TO DEFENDANT'S
MOTION TO STRIKE AFFIDAVIT OF MARY McCLAY**

        Pursuant to Local Rule 7.1, Plaintiff seeks leave to submit a surreply memorandum in

support of its opposition to Defendant's motion for judgment on the pleadings.  Counsel for

Defendant has been informed of this motion and has assented thereto.  The grounds for this

motion are that the reply submitted by Defendant and the motion to strike contain errors of fact

and law to which Plaintiff seeks to respond.

        The surreply memorandum is submitted herewith.

                    CERTIFICATION PURSUANT TO RULE 7.1(A)(2)

        Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Plaintiff certifies that he

has conferred with Defendant's counsel in a good faith attempt to resolve or narrow the issues

raised by the instant motion.

                                        s/Terence E. Coles_____
                                        Terence E. Coles

Assented to by:

Shaw's Supermarkets, Inc.

By its attorneys,

MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA  02109-2605
(617) 523-6666

By: /s/ Robert P. Morris
        Robert P. Morris
        BBO# 546052

Respectfully submitted,

UNITED FOOD AND COMMERCIAL
WORKERS, LOCAL 791,
By its counsel,

s/Terence E. Coles
Terence E. Coles, Esquire
BBO# 600084
Pyle, Rome, Lichten, Ehrenberg
& Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA  02108
(617) 367-7200

Dated: March 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that the above document was filed electronically through the ECF system upon the court and counsel of record on March 27, 2006.

s/Terence E. Coles
Terence E. Coles