UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**LOCAL 791, UNITED FOOD
AND COMMERCIAL WORKERS UNION,
AFL-CIO**

V.                                        CIVIL ACTION NO. **05-10841-RCL**

**SHAW'S SUPERMARKETS, INC.**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

    In accordance with the Court's Order of August 30, 2006 allowing the defendant's motion for judgment on the pleadings, Judgment is hereby entered as follows: Judgment for the defendant, Shaw's Supermarkets, Inc. dismissing this action.

September 7, 2006                            /s/ Lisa M. Hourihan
                                                                           Deputy Clerk