# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
:
LOCAL 791, UNITED FOOD AND :
COMMERCIAL WORKERS UNION, :
    Plaintiff, :
:
v. : Civil Action No. 05-10841-RCL
:
SHAW'S SUPERMARKETS, INC., :
    Defendant. :
_____:

**PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT FROM AN ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

    Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiff in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from an Order of Dismissal by Judge Reginald C. Lindsay of the United States District Court granting Defendant's motions for judgment on the pleadings, entered in this action on September 7, 2006.

    Respectfully submitted,

    UNITED FOOD AND COMMERCIAL
    WORKERS, LOCAL 791,
    By its counsel,


    s/Terence E. Coles
    Terence E. Coles, Esquire
    BBO# 600084
    Pyle, Rome, Lichten, Ehrenberg
    & Liss-Riordan, P.C.
    18 Tremont Street, Suite 500
    Boston, MA  02108
    (617) 367-7200

Dated: October 2, 2006

CERTIFICATE OF SERVICE

I hereby certify that the above document was filed electronically through the ECF system upon the court and counsel of record on October 2, 2006.

s/Terence E. Coles
Terence E. Coles