UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10841

Local 791, United Food and Commercial Workers Union

v.

Shaw's Supermarkets, Inc.,

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-23

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  10/2/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 3, 2006.

Sarah A Thornton, Clerk of Court

By: _[signature]_
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 10/4/06 .

_[signature]_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10841-RCL

Local 791, United Food and Commerical Workers Union, AFL-CIO v. Shaw's Supermarkets, Inc.
Assigned to: Judge Reginald C. Lindsay
Cause: 29:184 Violation Collection Bargain Agreement

Date Filed: 04/26/2005
Jury Demand: None
Nature of Suit: 720 Labor: Labor/Mgt. Relations
Jurisdiction: Federal Question

### Plaintiff

**Local 791, United Food and Commerical Workers Union, AFL-CIO**

represented by **Leah M. Barrault**
Pyle, Rome Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street
Suite 500
Boston, MA 02108
617-367-7200
Fax: 617-367-4820
Email: lbarrault@prle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terence E. Coles**
Pyle, Rome & Lichten, P.C.
18 Tremont Street,
Suite 500
Boston, MA 02108
617-367-7200
Fax: 617-367-4820
Email: tcoles@prle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Shaw's Supermarkets, Inc.**

represented by **Robert P. Joy**
Morgan, Brown & Joy, LLP
200 State Street
11th Floor
Boston, MA 02109
617-523-6666
Fax: 617-367-3125
Email: rpjoy@morganbrown.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Robert P. Morris**
Morgan, Brown & Joy, LLP
200 State Street
11th Floor
Boston, MA 02109
617-523-6666
Fax: 617-367-3125
Email: rmorris@morganbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2005 | 1 | COMPLAINT against Shaw's Supermarkets, Inc. Filing fee: $ 250, receipt number 63776, filed by Local 791, United Food and Commerical Workers Union, AFL-CIO. (Attachments: # 1 Civil Cover Sheet) (Stanhope, Don) (Entered: 04/27/2005) |
| 04/26/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Stanhope, Don) (Entered: 04/27/2005) |
| 04/26/2005 |  | Summons Issued as to Shaw's Supermarkets, Inc.. (Stanhope, Don) (Entered: 04/27/2005) |
| 06/24/2005 | 2 | ANSWER to Complaint by Shaw's Supermarkets, Inc..(Morris, Robert) Additional attachment(s) added on 6/27/2005 (Hurley, Virginia). (Entered: 06/24/2005) |
| 06/27/2005 |  | Electronic notice of correction to docket made by Court staff. Defendant's answer substituted with corrected copy (to include proper electronic signature) and attorneys Robert Joy and Robert Morris added to docket as counsel for the defendant. (Hurley, Virginia) (Entered: 06/27/2005) |
| 07/13/2005 | 3 | NOTICE of Scheduling Conference Scheduling Conference set for 9/22/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 07/13/2005) |
| 07/25/2005 | 4 | WAIVER OF SERVICE Returned Executed Shaw's Supermarkets, Inc. waiver sent on 5/25/2005, answer due 7/25/2005. (Coles, Terence) (Entered: 07/25/2005) |
| 09/14/2005 | 5 | JOINT STATEMENT of counsel *For 9/22 Conference*. (Morris, Robert) (Entered: 09/14/2005) |
| 09/14/2005 | 6 | CERTIFICATION pursuant to Local Rule 16.1 by Shaw's Supermarkets, Inc..(York, Steve) (Entered: 09/14/2005) |
| 09/15/2005 | 7 | CORPORATE DISCLOSURE STATEMENT by Shaw's Supermarkets, |

| | | |
|---|---|---|
| | | Inc.. (Morris, Robert) (Entered: 09/15/2005) |
| 09/15/2005 | 8 | CERTIFICATION pursuant to Local Rule 16.1 *(D)(3)* by Local 791, United Food and Commerical Workers Union, AFL-CIO.(Coles, Terence) (Entered: 09/15/2005) |
| 09/22/2005 | 9 | NOTICE by Local 791, United Food and Commerical Workers Union, AFL-CIO *of the Appearance of Leah M. Barrault for the Union* (Coles, Terence) (Entered: 09/22/2005) |
| 09/22/2005 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay : Scheduling Conference held on 9/22/2005. Court proposes a question to counsel re: Article 4 section 5. Case to be arbitrated on 11/11/05. Court sets case down for status conference. Status Conference set for 12/15/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Court Reporter None Present.) (Hourihan, Lisa) (Entered: 09/22/2005) |
| 10/19/2005 | | NOTICE OF RESCHEDULING Status Conference reset for 12/20/2005 03:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 10/19/2005) |
| 12/20/2005 | | ElectronicClerk's Notes for proceedings held before Judge Reginald C. Lindsay : Status Conference held on 12/20/2005. Counsel report on the status of the case. Counsel to file motion for judgment on the pleadings by 1/20/06. If case survives, scheduling conference to be set. (Court Reporter None Present.) (Hourihan, Lisa) (Entered: 12/21/2005) |
| 01/20/2006 | 10 | MOTION for Judgment on the Pleadings by Shaw's Supermarkets, Inc.. (Morris, Robert) (Entered: 01/20/2006) |
| 01/20/2006 | 11 | MEMORANDUM in Support re 10 MOTION for Judgment on the Pleadings filed by Shaw's Supermarkets, Inc.. (Attachments: # 1 Exhibit Union Contract, Part 1# 2 Exhibit Union Contract Part 2# 3 Exhibit Union Contract Part 3# 4 Exhibit Union Contract Part 4# 5 Exhibit Union Contract Part 5)(Morris, Robert) (Entered: 01/20/2006) |
| 02/02/2006 | 12 | Assented to MOTION for Extension of Time to File Response/Reply as to 10 MOTION for Judgment on the Pleadings, 11 Memorandum in Support of Motion, *to and Including February 21, 2006* by Local 791, United Food and Commerical Workers Union, AFL-CIO.(Coles, Terence) (Entered: 02/02/2006) |
| 02/06/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 12 Motion for Extension of Time to File Response/Reply re 10 MOTION for Judgment on the Pleadings Responses due by 2/21/2006 (Hourihan, Lisa) (Entered: 02/06/2006) |
| 02/21/2006 | 13 | Opposition re 10 MOTION for Judgment on the Pleadings filed by Local 791, United Food and Commerical Workers Union, AFL-CIO. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Coles, Terence) (Entered: 02/21/2006) |
| 03/07/2006 | 14 | MOTION to Strike 13 Opposition to Motion *(Exhibit 3, Affidavit of Mary* |

| | | |
|---|---|---|
| | | *McClay)* by Shaw's Supermarkets, Inc..(Morris, Robert) (Entered: 03/07/2006) |
| 03/07/2006 | 15 | Assented to MOTION for Leave to File *Reply Memorandum in Support of Motion for Judgment on Pleadings* by Shaw's Supermarkets, Inc.. (Morris, Robert) (Entered: 03/07/2006) |
| 03/07/2006 | 16 | REPLY to Response to Motion re 10 MOTION for Judgment on the Pleadings, 15 Assented to MOTION for Leave to File *Reply Memorandum in Support of Motion for Judgment on Pleadings* filed by Shaw's Supermarkets, Inc.. (Morris, Robert) (Entered: 03/07/2006) |
| 03/22/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 15 Motion for Leave to File (York, Steve) (Entered: 03/23/2006) |
| 03/27/2006 | 17 | Assented to MOTION for Leave to File *Surreply Memorandum in Support of its Opposition to Defendant's Motion for Judgment on the Pleadings and Opposition to Defendant's Motion to Strike Affidavit of Mary McClay* by Local 791, United Food and Commerical Workers Union, AFL-CIO.(Coles, Terence) (Entered: 03/27/2006) |
| 03/27/2006 | 18 | Assented to SUR-REPLY to Motion re 14 MOTION to Strike 13 Opposition to Motion *(Exhibit 3, Affidavit of Mary McClay)*, 10 MOTION for Judgment on the Pleadings filed by Local 791, United Food and Commerical Workers Union, AFL-CIO. (Coles, Terence) (Entered: 03/27/2006) |
| 04/13/2006 | 19 | Assented to REPLY to Response to Motion re 17 Assented to MOTION for Leave to File *Surreply Memorandum in Support of its Opposition to Defendant's Motion for Judgment on the Pleadings and Opposition to Defendant's Motion to Strike Affidavit of Mary McClay (Assented to Motion for Leave to File Response to Sur-reply)* filed by Shaw's Supermarkets, Inc.. (Morris, Robert) (Entered: 04/13/2006) |
| 04/13/2006 | 20 | REPLY to Response to Motion re 17 Assented to MOTION for Leave to File *Surreply Memorandum in Support of its Opposition to Defendant's Motion for Judgment on the Pleadings and Opposition to Defendant's Motion to Strike Affidavit of Mary McClay (Response to Sur-reply filed on 3/27/06)* filed by Shaw's Supermarkets, Inc.. (Morris, Robert) (Entered: 04/13/2006) |
| 04/18/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered. denying re 18 Sur-Reply to Motion, filed by Local 791, United Food and Commerical Workers Union, AFL-CIO, (York, Steve) (Entered: 04/21/2006) |
| 04/24/2006 | | Judge Reginald C. Lindsay : Electronic ORDER entered finding as moot 17 Motion for Leave to File to Submit Response to Sur-Reply. Leave was denied to file a Sur-Reply on 4/18/06. (Hourihan, Lisa) (Entered: 04/24/2006) |
| 08/30/2006 | 21 | Judge Reginald C. Lindsay : ORDER entered granting 10 Motion for Judgment on the Pleadings and finding as moot 14 Motion to Strike. The reasons for these rulings are set forth in the accompanying memorandum. |

| | | |
|---|---|---|
| | | The clerk shall enter judgment for the defendant, dismissing this action. (Lindsay, Reginald) (Entered: 08/30/2006) |
| 09/07/2006 | 22 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of defendant against plaintiffs(Hourihan, Lisa) (Entered: 09/07/2006) |
| 10/02/2006 | 23 | NOTICE OF APPEAL as to 22 Judgment by Local 791, United Food and Commerical Workers Union, AFL-CIO. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/23/2006. (Coles, Terence) (Entered: 10/02/2006) |
| 10/02/2006 | | Filing fee: $ 455, receipt numbers 75364 & 75365 for 23 Notice of Appeal, (York, Steve) (Entered: 10/02/2006) |