# United States Court of Appeals

## For the First Circuit

DC #: 05-10841
USDC / MA
Honorable Reginald C. Lindsay

No. 06-2405

LOCAL 791, UNITED FOOD & COMMERCIAL WORKERS UNION, AFL-CIO,

Plaintiff, Appellant,

v.

SHAW'S SUPERMARKETS, INC.,

Defendant, Appellee.

---

**JUDGMENT**

Entered: November 7, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:
Richard Cushing Donovan, Clerk

By: Julie Gregg, Operations Manager

[Certification stamp: I hereby certify that this document is a true and correct copy of the original on file in my office, US Court of Appeals; signed 12/7/07]

[cc: Mr. Coles, Mr. Barrault, Mr. Joy, Mr. Morris, & Mr. McCown]